IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil Action No. 05-840-KAJ |
| v. ) | |
| ) | Criminal Action No. 94-67-RRM |
| ANTHONY JONES, ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearances of Thomas McDonough and Keith M. Rosen as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                    COLM F. CONNOLLY
                    United States Attorney

By: *[signature]*
                    Richard G. Andrews
                    Assistant United States Attorney
                    Nemours Building, #700
                    P.O. Box 2046
                    Wilmington, Delaware 19899-2046
                    richard.andrews2@usdoj.gov

Dated: December 7, 2005