IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY JONES, )
)
        Petitioner, )
)
v. )  Civil Action No. 05-840-KAJ
)  Criminal Action No. 94-67-KAJ
UNITED STATES OF AMERICA, )
)
        Respondent. )

**AEDPA ELECTION FORM**

FILED
JAN 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. __XXXX__  I wish the Court to rule on my § 2255 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2255 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2255 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize

       this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). <u>See</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2255. I am instead seeking relief under _____.

       *[signature]*
       Petitioner



U.S.M.S. X-RAY

Anthony Jones  #03639-015
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

: Legal Mail