IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-840-KAJ |
| ) | Criminal Action No. 94-67-KAJ |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

O R D E R

At Wilmington this 20th day of January, 2006, IT IS HEREBY ORDERED that, on or before 20th of Feb., 2006, the government shall respond to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (D.I. 167)

_____
United States District Judge