IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 94-67-KAJ |
| v. ) | |
| ) | Civil Action No. 05-840-KAJ |
| ANTHONY JONES ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: /s/ Edmond Falgowski
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated: 1-31-07

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 94-67-KAJ |
| v. ) | |
| ) | Civil Action No. 05-840-KAJ |
| ANTHONY JONES ) | |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on January 31, 2007, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and pro se defendant as follows:

Anthony Jones
Reg. No. 03639-015
FCI Fairton
P.O. Box 420
Fairton, NJ  08320

/s/ Sharon B. Bernardo