IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 94-67-2-SLR |
| ) | |
| LAMARE KISER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant Untied States Attorney Robert Kravetz as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

                                        COLM F. CONNOLLY
                                        United States Attorney

By: _/s/_____
Keith M. Rosen
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
keith.rosen@usdoj.gov

Dated: February 14, 2008

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 94-67-2-SLR |
| ) | |
| LAMARE KISER ) | |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on February 14, 2008, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States mail, addressed to pro se defendant as follows:

>Lemare Kiser
>Reg. No. 03640-015
>F.C.I. Allenwood
>P.O. Box 2000
>White Deer, PA   17887

*/s/ Sharon Bernardo*