IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Respondent/Plaintiff,   )<br>   )<br>v.   )  Civ. A. No. 05-840-SLR<br>   )  Cr. A. No. 94-67-SLR<br>   )<br>ANTHONY JONES,   )<br>   )<br>   Movant/Defendant.   ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED THAT:

1. Movant Anthony Jones' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED, and the relief requested therein is DENIED. (D.I. 167)

2. Movant's motions to modify his sentence under 18 U.S.C. § 3582(c)(2) and 28 U.S.C. § 1651 are DENIED. (D.I. 152; D.I. 155)

3. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

Dated: February 19, 2008

_____
UNITED STATES DISTRICT JUDGE