IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 94-67-1-SLR |
| ANTHONY JONES, | : | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes the defendant, Anthony Jones, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582 (c) (2), files this Motion for Retroactive Cocain Base Sentencing Reduction.

In support of this motion, Mr. Jones avers as follows:

1.  By written report dated February 1, 2008, the United States Probation Office determined that defendant, Anthony Jones, qualifies for the two-level guideline reduction, and that application of the two-level reduction produces a revised guideline range of 151 to 188 months imprisonment.

2.  By letter dated February 13, 2008, the United States Attorney's Office indicated that it did not oppose application of the two-level reduction, and requested a sentence of 188 months imprisonment.

3.  With the agreement of the client, defense counsel waives an evidentiary hearing, concurs in the Probation Officer's written report, and requests a sentence of 151 months imprisonment.

WHEREFORE, it is respectfully requested that Mr. Jones' Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

Respectfully submitted,

_/s/_____
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Jones

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Date:  February 21, 2008