AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of **Delaware**

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: **94-67-1-SLR** |
| **Anthony L. Jones** ) | USM No: **03639-015** |
| Date of Previous Judgment: **7/11/95** ) | **Edson Bostic, Federal Defender** |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **235** months **is reduced to** **188**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | **34** | Amended Offense Level: | **32** |
| Criminal History Category: | **III** | Criminal History Category: | **III** |
| Previous Guideline Range: | **188** to **235** months | Amended Guideline Range: | **151** to **188** months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **7/11/95** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **February 21, 2008**

_____ Sue L. Robinson _____
Judge's signature

Effective Date: **March 3, 2008**
(if different from order date)

**Sue L. Robinson, USDJ**
Printed name and title